NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEROME CLARK, JR.,                        )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D15-3254
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____       )

Opinion filed July 1, 2016.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender, and
Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Jerome Clark, Jr., pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee

PER CURIAM.

In this Anders[1] appeal, we affirm Jerome Clark's judgments and

sentences, but we remand to correct a scrivener's error in the judgment. Count four of

the information charged Mr. Clark with possession of cocaine, and he entered a guilty

_____

[1]Anders v. California, 386 U.S. 738 (1967).

plea to possession of cocaine.  However, the judgment incorrectly states that count four is possession of alprazolam.  This error has no impact on Mr. Clark's sentences, and his sentences constitute legal sentences.  As such, we remand this matter to the trial court with instructions to correct count four of the judgment to reflect the correct conviction.

CASANUEVA, SILBERMAN, and KELLY, JJ., Concur.